(108 So. 619)

**Alph GAY v. STATE.** (6 Div. 650.)

(Supreme Court of Alabama. March 25, 1926. Rehearing Denied June 10, 1926.)

Certiorari to Court of Appeals.

W. E. James, of Cullman, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Alph Gay for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gay v. State, 108 So. 617.

Writ denied.

SOMERVILLE, MILLER and BOULDIN, JJ., concur.